IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASHUS D. CUMMINGS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

Case No.  5D22-2335
LT Case No. 2010-CF-00032

_____/

Decision filed December 20, 2022

3.800 Appeal from the Circuit
Court for St. Johns County,
R. Lee Smith, Judge.

Cashus D. Cummings, Crestview,
pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.